V#1012 * 128235

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

FILED

2010 JAN 19 PM 4:01

CLERK US
BANKRUPTCY COURT
TOLEDO, OHIO

```
                              *
                              *   CASE NO. 07-34835-W
IN RE:                        *
                              *   JUDGE MARY ANN WHIPPLE
                              *
RALEIGH NEAL FORSTHOEFEL      *   William L. Swope, Esq.
MARGARET ANN FORSTHOEFEL      *   221 S. Main Street
                              *   Findlay, OH 45840
                              *   (419) 422-0288
                              *
                              *   Sup. Ct. #0029538
```

REPORT ON DIVIDENDS OF LESS THAT FIVE DOLLARS BY TRUSTEE

I, the undersigned trustee of the above named debtor(s), do hereby report that the following is a list of the names and addresses of the persons entitled to dividends of less than five dollars, showing the respective amounts payable to them.

| Payee | Amount |
|---|---|
| Mercer Savings Bank<br>217 W. Market Street<br>Celina, OH 45822 | $ 3.79 |
| Dominion East Ohio Gas<br>P.O. Box 26785<br>Richmond, VA 23261 | $ 3.55 |
|  | $ 7.34 |

A check for $7.34 payable to the Clerk of the United States Bankruptcy Court for deposit into the registry of the Court is herewith transmitted pursuant to Bankruptcy Rule 3010.

Date: January 14, 2010

William L. Swope
Trustee